United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**EDMUND WIATR, JR.,**

    **Plaintiff,**

    V.        **CASE NUMBER:**    5:05-cv-765

**DEFENSE FINANCE AND ACCOUNTING SERVICE and ROBERTS GATES, SECRETARY OF DEFENSE,**

    **Defendants.**


[ ]  **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]  **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment is granted; plaintiff's cross-motion for summary judgment is denied; and the complaint is dismissed with prejudice.

    All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 7th day of July, 2008.


**DATE:**    **July 7, 2008**        **LAWRENCE K. BAERMAN**
                          **CLERK OF COURT**

                          s/

                          _____
                          **By:**    **Lori M. Welch**
                                **Deputy Clerk**